No. 77–124. OVERSEAS OIL CARRIERS, INC. *v.* PENINSULAR & ORIENTAL STEAM NAVIGATION Co. C. A. 2d Cir. Certiorari denied.

No. 77–129. NATIONAL MICRONETICS, INC. *v.* U. S. PHILIPS CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–130. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. *v.* AAACON AUTO TRANSPORT, INC. Ct. App. N. Y. Certiorari denied.

No. 77–140. KIWANIS CLUB OF GREAT NECK, INC., ET AL. *v.* BOARD OF TRUSTEES OF KIWANIS INTERNATIONAL ET AL. Ct. App. N. Y. Certiorari denied.

No. 77–141. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. *v.* MOCH ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–144. ARIZONA *v.* PHELPS DODGE CORP. C. A. 9th Cir. Certiorari denied.

No. 77–147. HOZIE ET UX. *v.* HOZIE. Sup. Ct. Va. Certiorari denied.

No. 77–148. BRITT ET AL. *v.* SAN DIEGO UNIFIED PORT DISTRICT ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 77–149. FITZGERALD *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–151. MANGURIAN ET AL. *v.* THOMPSON ET AL. C. A. 5th Cir. Certiorari denied.